**Form 726**[Deficiency Notice]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

In re:

    Jessica Ann Albritton
        Debtor(s).

Case No. 17−29540 JTM
Chapter 7

## DEFICIENCY NOTICE

The Chapter 7 Petition filed with the Court on 11/1/17 was incomplete and/or not accompanied by all lists, schedules, statements or other documents required by the United States Bankruptcy Code. Federal Rules of Bankruptcy Procedure 1007 and 2016 and Local Rule Bankruptcy Rule 1007−1 set forth specific papers that are required to be filed with the Court.

> DEFICIENCY NOTICE. MISSING PAPERS REQUIRED TO BE FILED:. Attorney Compensation Disclosure Statement, Declaration/Schedules Signatures, Chapter 7 Statement of Your Current Monthly Income, Statement of Financial Affairs and Schedules, Summary of Assets and Liabilities, Certificate of Credit Counseling Debtor 1, Incomplete Filings due by 11/15/2017. (adw)

**By the due date(s) specified above,** you must file the papers listed above with the Clerk of Court, United States Bankruptcy Court, 350 South Main Street, Room 301, Salt Lake City, Utah 84101. The List of Creditors, if not filed with the Voluntary Petition, must be filed not later than two (2) days thereafter per Local Rule 1007−1(b). You may file a motion to extend the time for filing missing and/or deficient papers and a proposed order. Failure to timely comply may cause your case to be dismissed as described below. Additionally, if you have filed an application to waive the case filing fee, failure to timely comply may result in a denial of your waiver request.

Official Bankruptcy Forms are available at www.uscourts.gov/forms/bankruptcy−forms. The 100 series of forms are for individuals and the 200 series of forms are for non−individuals. If "Outdated/wrong series of forms" is listed as a deficiency, all documents must be filed/refiled using Official Form Series (100 or 200) dated 12/15.

If you fail to file all of the missing and/or deficient papers specified above by the date(s) indicated, the United States Trustee or a party in interest may file a motion and schedule a hearing to seek dismissal of your case.

### IMPORTANT – YOUR RIGHTS MAY BE AFFECTED:

If you fail to file all of the missing and/or deficient papers specified above within **45 days** after the filing of your bankruptcy petition, your case may be **automatically dismissed** without further notice or hearing. 11 U.S.C. § 521(i)

Dated: November 2, 2017

                                    David A. Sime
                                    Clerk of Court

United States Bankruptcy Court
District of Utah

In re:  
Jessica Ann Albritton  
      Debtor

Case No. 17-29540-JTM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1088-2     User: adw     Page 1 of 1     Date Rcvd: Nov 02, 2017  
                      Form ID: f726    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2017.  
db          +Jessica Ann Albritton,    1044 North 700 West,    Clearfield, UT 84015-9402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2017 at the address(es) listed below:  
        Amy L. Butters     on behalf of Debtor Jessica Ann Albritton butterslaw@gmail.com, ecf.butterslaw@gmail.com  
        David L. Miller tr     davidlmillerpc@msn.com,    ut09@ecfcbis.com;dlm@trustesolutions.net  
        United States Trustee     USTPRegion19.SK.ECF@usdoj.gov  
                                                                                                                            TOTAL: 3