**Form 276**[OSC for Credit Counseling]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| In re: | Case No. 17–29540 JTM |
|---|---|
| Jessica Ann Albritton | Chapter 7 |
| Debtor(s). | |

## ORDER TO SHOW CAUSE

    Section 109(h)(1) of the Bankruptcy Code, as amended by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, disqualifies an individual from being a debtor in bankruptcy "unless such individual has, during the 180–day period preceding the date of filing of the petition by such individual, received from an approved nonprofit budget and credit counseling agency . . . an individual or group briefing . . . that outlined the opportunities for available credit counseling and assisted such individual in performing a related budget analysis." In turn, § 521(b)(1) of the Bankruptcy Code in conjunction with Federal Rule of Bankruptcy Procedure 1007(b)(3)(A) and (C) requires individual debtors to file the certificate of completion received from the approved nonprofit budget and credit counseling agency with the voluntary petition. Although the Debtor(s) indicated on Part 5 of the petition that the required prepetition briefing and certificates of completion had been received, no such certificates have been filed in this case. Accordingly, it is hereby

    ORDERED that the Debtor(s) file the required certificates of completion by **December 1, 2017 and** otherwise show cause why the above–captioned case should not be dismissed for failure to comply with Federal Rule of Bankruptcy Procedure 1007, or the case will be dismissed.

Dated and Entered on: November 16, 2017

*/s/ T Marker*

United States Bankruptcy Judge   ()

United States Bankruptcy Court
District of Utah

In re:  
Jessica Ann Albritton  
     Debtor

Case No. 17-29540-JTM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1088-2     User: djf     Page 1 of 1     Date Rcvd: Nov 16, 2017  
                        Form ID: f276     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2017.  
db            +Jessica Ann Albritton,   1044 North 700 West,   Clearfield, UT 84015-9402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2017 at the address(es) listed below:  
         Amy L. Butters    on behalf of Debtor Jessica Ann Albritton butterslaw@gmail.com, ecf.butterslaw@gmail.com  
         David L. Miller tr    davidlmillerpc@msn.com, ut09@ecfcbis.com;dlm@trustesolutions.net  
         United States Trustee    USTPRegion19.SK.ECF@usdoj.gov  
                                                                                                  TOTAL: 3