**Form 724**[ODSM 45 Day–12/05]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:
    Jessica Ann Albritton
        Debtor(s).

Case No. 17−29540 JTM
Chapter 7

ORDER OF DISMISSAL

    Pursuant to 11 U.S.C. 521(i), it is hereby ORDERED that the above−named case has been DISMISSED for failure to comply with 11 U.S.C. 521(a)(1).

Dated and Entered on: December 19, 2017

*/s/ T Marker*

United States Bankruptcy Judge

United States Bankruptcy Court
District of Utah

In re:                                                              Case No. 17-29540-JTM
Jessica Ann Albritton                                               Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 1088-2          User: djf            Page 1 of 1            Date Rcvd: Dec 19, 2017
                              Form ID: f724        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2017.
db              +Jessica Ann Albritton,   1044 North 700 West,   Clearfield, UT 84015-9402
10813992         Loans for less,   3901 Riverdale Rd,   Clearfield, UT 84015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2017 at the address(es) listed below:
      Amy L. Butters    on behalf of Debtor Jessica Ann Albritton butterslaw@gmail.com, ecf.butterslaw@gmail.com
      David L. Miller tr    davidlmillerpc@msn.com, ut09@ecfcbis.com;dlm@trustesolutions.net
      United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                                  TOTAL: 3